UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA AIKEN,<br><br>    Plaintiff,<br>v.<br><br>STATION CASINOS, LLC,<br><br>    Defendant. | Case No. 2:22-cv-02108-ART-EJY<br><br>**ORDER** |

Upon filing the petition for removal, this case was assigned to the Court's Early Neutral Evaluation Program.  (ECF No. 3).  Under Local Rule 16-6, all employment discrimination actions must undergo early neutral evaluation.  Local Rule 16-6(a) lists the various types of cases that fall under the Early Neutral Evaluation Program.  The Court has reviewed the Complaint (ECF No. 1-2) in this case and finds that none of Plaintiff's claims fall under the Early Neutral Evaluation Program.

Accordingly,

IT IS THEREFORE ORDERED that the Clerk of Court remove this case from the Early Neutral Evaluation Program and terminate the undersigned as the settlement judge.

DATED: January 24, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE